No. 617, Misc. HOLT *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 633, Misc. BROWN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 636, Misc. AYALA *v.* DICKSON, WARDEN. Supreme Court of California. Certiorari denied.

No. 637, Misc. FISHER *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 641, Misc. GRIFFIN *v.* SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 669, Misc. LESSER *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 670, Misc. NICOL ET AL. *v.* NATIONAL SAVINGS & TRUST CO., EXECUTOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bruce E. Lambert* and *Jessie P. Grandy* for petitioners. *Arthur P. Drury, John M. Lynham, John E. Powell* and *David C. Bastian* for respondent.

No. 687, Misc. SMITH *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 701, Misc. KULIKAUSKAS *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.